THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERMAN
    LEMPP, Respondent, v. JOHN R. VOORHIS et al.,
    Respondents, WILLIAM N. GEORGE, Appellant, and
    SAMUEL J. MITCHELL, as Sheriff of the County of
    Queens, Respondent.

*People ex rel. Lempp* v. *Voorhis*, 185 App. Div. ——, affirmed.
(Argued October 22, 1918; decided October 24, 1918.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department,
entered October 18, 1918, which affirmed an order of
Special Term granting a motion for a peremptory writ of
mandamus directed to the defendants John R. Voorhis,
Moses M. McKee, James Kane and Jacob Livingston,
as and constituting the board of elections of the city of
New York, requiring said board, in the preparation
of the ballots, stationery and other paraphernalia to be
used at the general election to be held within the county
of Queens on November 5, 1918, to disregard the title
of the office of sheriff and names of purported candidates
for said office of sheriff, and to prepare said ballots,
stationery and other paraphernalia in such manner that
the title of the office of sheriff and the names of William
N. George, Peter B. Campbell and Benjamin Katz,
purported candidates to fill the said office, shall not
appear thereon.

*Edgar Weaver* and *George H. Alexander* for appellant.

*William P. Burr, Corporation Counsel* (*William B. Cars-
well* of counsel), for John R. Voorhis et al., respondents.

*John B. Merrill* for relator, respondent.

*Philip Frank* for Samuel J. Mitchell, respondent.

Order affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK,
HOGAN and McLAUGHLIN, JJ. Absent: CRANE, J.